The Honorable Richard A. Jones

**13-CR-00064-BOND**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEANINE DANIELS,<br><br>　　　　　　　　Defendant. | NO.  CR13-64RAJ<br><br>SUPERSEDING INFORMATION |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
**(Bank Robbery – Aiding and Abetting)**

On or about June 30, 2012, at Ann Arbor, Michigan, within the Eastern District of Michigan, JEANINE DANIELS, by force, violence and intimidation, took, and did aid and abet in the taking of, from the person and presence of a certain bank employee or employees, United States currency, belonging to and in the care, custody, control, management and possession of Flagstar Bank, located at 2001 Commonwealth Avenue in Ann Arbor, Michigan, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

DANIELS/SUPERSEDING INFORMATION- 1
CR13-64 RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT TWO
### (Bank Robbery – Aiding and Abetting)

On or about December 20, 2012, in Kirkland, Washington, within the Western District of Washington, JEANINE DANIELS, by force, violence and intimidation, took, and did aid and abet in the taking of, from the person and presence of a certain bank employee or employees, United States currency, belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, located at 6615 132nd Avenue NE in Kirkland, Washington, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

_____
JENNY A. DURKAN
UNITED STATES ATTORNEY

_____
TODD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

_____
MICHAEL DION
ASSISTANT UNITED STATES ATTORNEY

_____
CATHERINE L. CRISHAM
ASSISTANT UNITED STATES ATTORNEY

DANIELS/SUPERSEDING INFORMATION- 2
CR13-64 RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970