Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JEANINE DANIELS,<br><br>  Defendant. | No. CR13-64 RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Jeanine Daniels' Motion to Request Split Sentence on Current Sentence. The Court, having considered Defendant Daniels' motion, and the files and pleadings herein,

Hereby ORDERS that Defendant Daniels' Motion to Request Split Sentence on Current Sentence (Dkt. #319) is DENIED.

DATED this 9th day of June, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge